Kathleen DANIELS, Respondent
Below, Appellant,

v.

DIVISION OF FAMILY SERVICES,
Petitioner Below, Appellee.

No. 503, 2015

Supreme Court of Delaware.

Submitted: April 27, 2016

Decided: May 2, 2016

Court Below—Family Court of the State of Delaware, File No.: 15–02–03TN, Petition No.: 15–03754

AFFIRMED.